**Order entered April 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00395-CV

### PILAR SANDERS, Appellant

### V.

### DEION SANDERS, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04718-2014**

### ORDER

The clerk's record in this appeal is overdue. By letters filed April 13 and 28, 2020, Collin County District Clerk Lynne Finley has informed the Court that the clerk's record has not been filed because appellant has not paid for it. We note this is an appeal from a judgment on remand. In the course of the first appeal, docketed appellate cause number 05-16-00248-CV, we reversed the trial court's order sustaining a contest to appellant's affidavit of indigence and determined appellant was allowed to proceed without prepayment of costs. *See Sanders v.*

*Sanders*, 05-16-00248-CV, 2016 WL 1469613, *2 (Tex. App.—Dallas April 14, 2016, no pet.) (mem. op.). Nothing before us reflects appellant's financial circumstances have materially changed or that the trial court has ordered appellant to pay costs. *See generally* TEX. R. CIV. P. 145. Accordingly, we **ORDER** Ms. Finley to file the clerk's record without payment of costs no later than May 15, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finley and the parties.

/s/    BILL WHITEHILL
       JUSTICE